IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS MONTANA

| UNITED STATES OF AMERICA, | Case No. CR 15-147-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| DUSTY LYNN WHITEHOUSE, | |
| Defendant. | |

Dusty Lynn Whitehouse, Defendant in the above-entitled action, having filed a Motion to Dismiss (Doc. 301), there being no objection from the Government and good cause appearing:

IT IS HEREBY ORDERED that Defendant Whitehouse's motion (Doc. 301) is **GRANTED**. The Defendant's motion for compassionate release (Doc. 295), is **DISMISSED**.

DATED this 1st day of April, 2024.

_____
SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE

1